UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNA PAGE,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY OF MADERA, *et al.*,<br><br>      Defendants. | Case No. 1:17-cv-00849-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 49) |

Plaintiff, Roseanna Page, and Defendants, County of Madera, Madera County Department of Corrections, Madera County Department of Health, Officers V. Le Sage and M. Garrett, Corporal J. Campos, and California Forensic Medical Group, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 49). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**November 9, 2018**__        _____/s/ Erica P. Grosjean_____
                                         UNITED STATES MAGISTRATE JUDGE